## BROWN v. FREEMAN.

The fee of the land left for highways is in the proprietors. See Buel v. Clarke et al., *ante.*

ACTION of ejectment.    Plea not guilty to the jury.    The plaintiffs claim under a grant and survey from the town of Chatham.    Chatham was formerly a part of Middletown, and the land belonged to the proprietors of the ancient town of Middletown, including Chatham; and in the act incorporating said town of Chatham, all common lands were left to belong to the proprietors of said ancient town.    The defendant claims under a grant from the proprietors of said ancient town of Middletown.

In A. D. 1715, the proprietors voted to lay out the new three mile grant, next to Colchester, in mile tiers, and to lay three highways, one at the end of each tier.    In A. D. 1721, they laid a highway at the east end of said grant, two rods wide; then laid out a mile tier of lots and a thirty rod highway; then another mile tier and a thirty rod highway; then a third tier and left a highway thirty-two rods wide, between the new grant and the old lots, which was much wider at one end than the other, by reason of the new grants but running parallel with the line of the old lots.    The grant was made

to one White, to satisfy a deficiency in one of the divisions in said town; and was land not needed for a highway.

The question of law upon the facts, was — Whether the fee of lands left, or ordered by the proprietors to be left for highways, passed from them, or only the use, in case they should be wanted for that purpose? And whether they are resumable by the proprietors, in case they are not wanted for highways?

By the Court. The fee did not pass out of the proprietors, and the lands are resumable by them if they are not wanted for highways. And verdict and judgment accordingly was for defendant.